UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARTELL JONES,

Plaintiff,
v.

BEDNARSKI, et. al.,

Defendants,
_________________________________/

Civil Action No. 4:26-CV-13753
Honorable F. Kay Behm
United States District Judge

# **JUDGMENT**

The above entitled matter having come before the Court on a Prisoner Civil Rights Complaint and in accordance with the Memorandum Opinion and Order entered on November 5, 2026.

**IT IS ORDERED AND ADJUDGED** that:

(1): The Complaint is **DISMISSED WITHOUT PREJUDICE**.

(2) **IT IS FURTHER CERTIFIED** that any appeal would not be undertaken in good faith.

Dated at Flint, Michigan, this 5th, day of November, 2026.

KINIKIA ESSIX
CLERK OF THE COURT

APPROVED:

BY: s/Kourtney Collins
DEPUTY CLERK

s/F. Kay Behm
F. Kay Behm
United States District Judge